IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JUSTIN E. BYRD, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 17-CV-3026 |
| ) | |
| WEXFORD HEALTH SOURCES, INC.; ) | |
| DR. ELI GOODMAN; DR. THOMAS BAKER ) | |
| NURSE K. BOONE; NURSE ~~HASELOCK~~; ) | Judge Sue E. Myerscough |
| and NURSE PITCHFORD, M.W. SWEETEN ) | |
| ) | Magistrate J. Tom Schanzle-Haskins |
| Defendant, ) | |

### PLAINTIFF'S MOTION TO STRIKE PENDING MOTIONS TO COMPEL DISCOVERY, RECRUITMENT OF COUNSEL AND PENDING AMENDED COMPLAINT

Now Comes Plaintiff JUSTIN E. BYRD, *Pro se,* and hereby respectfully moves this Honorable Court to strike all pending motions to Compel Discovery, Recruitment of Counsel, and pending Amended Complaint. In support of his motion Plaintiff states as follows:

1. On April 24, 2018, plaintiff served a Request for Production of Documents on Defendants Wexford Health Sources Inc., Dr. Eli Goodman, Dr. Thomas Baker, and Jennifer Tabit. (Doc. 73 at 15). Plaintiff, again, served a second Request on May 29th, 2018, seeking the same documents. (Doc. 73 at 16).

2. On May 30, 2018, Defendants served their Responses and Objection. (Doc. 73 at 4). Defendants included with their response a Protective Order to be sighed and retuned to defendants for filing in this matter.

3. On June 28, 2018, Plaintiff filed a Motion to Compel Discovery rearding

Defendants' answers to his First Request for Production Nos. 2,3, and 5. (Doc. 96)

4.     Since the filing of the above pleadings, plaintiff has spoken with another offender that's incarcerated with him. This offender has explained the processes of litigating in the 7th Circuit, the Federal Rules of Civil Procedure, as well as other factors that pertain to this case, specifically the Protective Order.

5.     After speaking with said offender, plaintiff now feels that the pending motions pertaining to discovery, his pending Amended Complaint, and motion for recruitment of counsel should be stricken for the sake of judicial efficiency.

6. Plaintiff plans to re-file said motions at a later date that's more practical and in accordance with the Court's future Scheduling and Discovery Order

/s/ Justo Byrd R44868
Insert Name & Inmate No.
Kewanee Life Skills Re-Entry Center
2021 Kentville Road
Kewanee, Illinois 61443
*Pro se*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JUSTIN E. BYRD,<br>     Plaintiff,<br><br>vs.<br><br>WEXFORD HEALTH SOURCES, INC.;<br>DR. ELI GOODMAN; DR. THOMAS BAKER<br>NURSE K. BOONE; NURSE ~~PAHOCK~~;<br>and NURSE PITCHFORD, M.W. SWEETEN,<br><br>     Defendant, | Case No. 17-CV-3026<br><br>Judge Sue E. Myerscough<br><br>Magistrate J. Tom Schanzle-Haskins |

## CERTIFICATE OF SERVICE

I, Justin E. Byrd #R44868, hereby certify that on the 30th day of July, 2018, I caused to be served the attached document: <u>PLAINTIFF'S MOTION TO STRIKE PENDING MOTIONS TO COMPEL DISCOVERY, RECRUITMENT OF COUNSEL AND PENDING AMENDED COMPLAINT</u> on the parties listed below by placing a true copy of the same in the facility mail at the Kewanee Life Skills Re-Entry Center with postage pre-paid for first class mailing via the U.S. Postal Service in Kewanee, Illinois 61443:

Served: Robert Kolton Ray
Assistant Attorney General
500 South Second Street
Springfield, IL 62701

Served: Joseph N. Rupcich
CASSIAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701

/s/ Justin Byrd R44868
Justin E. Byrd #R44868
Kewanee Life Skills Re-Entry Center
2021 Kentville Road
Kewanee, Illinois 61443